

FILED & JUDGMENT ENTERED
Steven T. Salata

November 16 2022

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

IN RE:

**Karen Powell Parsons**
**SSN: XXX-XX-7567**

**Case No.  20-50462**
**Chapter 13**

**Debtor(s)**

## ORDER GRANTING AUTHORITY
## TO TRANSFER REAL PROPERTY FREE AND CLEAR OF LIENS

THIS MATTER is before the Court on the debtor's Motion to Transfer Real Property Free and Clear of Liens.  The Court has reviewed the Motion, and, it appearing to the Court that those parties entitled to notice of Motion were properly served with a copy of the Motion and Notice thereof and being given an opportunity for hearing, and it appearing that a response was filed by US Bank National Association and a hearing was held November 4, 2022:

The Court finds that:

1.      The Debtor filed a Chapter 13 Petition with this Court on December 11, 2020.

2.      Schedule A/B reflects the Debtor's residence located at 2308 Briarwood St SW, Lenoir, NC with al CMA value of $215,000.00.  The Debtor advises the undersigned that she is now the sole owner of this property.

3.      Schedule D lists a deed of trust with Mid-America Mortgage (now US Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMTP Trust, Series 2021 BKM-TT-V) with a claim amount of $143,845.31.  This claim, secured by the deed of trust, will be paid off, in full, at the closing together with any and all customary costs of sale.

4.      The debtor received an offer from Billy S. Hicks and Megan Woodlan to purchase the property for $260,000.00.  The offer to purchase is attached as exhibit A to the motion and is incorporated herein by reference.

5.      The sale under 11 USC §363 is free and clear of all liens.  The debtor is granted permission to transfer the real property free and clear of liens under 11 USC §363.

6.      The net proceeds from the sale will be deposited with counsel for the debtor and held in the firm's trust account pending Court approval of any disbursements to the estate and/or the debtor. Upon entry of this order, the Debtor will file a request with the Court to make a 100% payoff of the Chapter 13 case from the net sales proceeds.

7.      A copy of the closing disclosure will be delivered to the chapter 13 trustee within five (5) business days of the closing.

8.      Counsel for the Debtor is granted a $450.00 attorney fee and costs of $47.00 in connection with this motion.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Debtor is granted authority to transfer the real property free and clear of lien as outlined herein.  Counsel for the Debtor is granted a $450.00 attorney fee and $47.00 in costs in connection with this Motion, which fee and costs will be paid through the Debtor's plan.

This Order has been signed                           United States Bankruptcy Court
electronically.  The judge's
signature and court's seal
appear at the top of the Order.